UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HASSAN ROBERTS, | No. C 13-1427 RS (PR) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, | |
| Respondent. | |

Petitioner challenges the prison sentence he received in the Solano County Superior Court, which lies in the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. See Habeas L.R. 2254-3(b). Because petitioner suffered his convictions in the Eastern District, this action is TRANSFERRED to the United States District Court for the Eastern District of California pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice. The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

DATED: April 2, 2013

RICHARD SEEBORG
United States District Judge

No. C 13-1427 RS (PR)
ORDER OF TRANSFER